# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHARLES RICHARDSON, | CIVIL DIVISION |
| Plaintiff, | |
| | Case No.: GD-16-022574 |
| v. | |
| | **PRAECIPE FOR WRIT** |
| LANTEK, INC. | **OF SUMMONS** |
| Defendant. | |

Filed on behalf of Plaintiff:
CHARLES RICHARSON

Counsel of Record for this Party:
Marcus B. Schneider, Esquire
PA I.D. No. 208421
Kelli J. Vandergrift, Esquire
PA I.D. No. 319430
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile

**JURY TRIAL DEMANDED**

2016 NOV 22 PM 3:32

FILED

OPS$CAROLL
11-22-2016   03:31:51
GD-16-022574

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICHARDSON, | ) | CIVIL DIVISION |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.: |
| LANTEK, INC. | ) ) ) | **PRAECIPE FOR WRIT OF SUMMONS** |
| Defendant. | ) ) ) ) | |

## PRAECIPE FOR WRIT OF SUMMONS

TO:  Department of Court Records

Kindly issue a Writ of Summons upon Defendant LanTEK, INC.

Respectfully submitted,

*/s/ Kelli Vandergrift*

Marcus B. Schneider, Esquire
PA I.D. No. 208421
Kelli J. Vandergrift, Esquire
PA I.D. No. 319430
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
marcschneider@steeleschneider.com
kellivandergrift@steeleschneider.com

2

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICHARDSON, | ) | CIVIL DIVISION |
| Plaintiff, | ) | |
| | ) | Case No.: |
| v. | ) | |
| LANTEK, INC. | ) | |
| Defendant. | ) | |

## WRIT OF SUMMONS

To:  LanTEK, Inc.
     791 Commonwealth Drive
     Warrendale, PA 15086

You are hereby notified that CHARLES RICHARDSON has commenced an action against you.

Date:

_____ Prothonotary

3

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
**Allegheny** County

| For Prothonotary Use Only: | TIME STAMP |
|---|---|
| Docket No: GD-16-022574 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

| Lead Plaintiff's Name: Charles Richardson | Lead Defendant's Name: LanTEK, INC. |
|---|---|

**Are money damages requested?** [x] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No

**Is this an *MDJ Appeal*?** [ ] Yes [x] No

**Name of Plaintiff/Appellant's Attorney:** Kelli J. Vandergrift, Esquire

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [x] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*