## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICHARDSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No.: 2:17-cv-01461-CB |
| v. | ) | |
| | ) | |
| LANTEK, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charles Richardson and Defendant Lantek, Inc., by their respective attorneys, hereby stipulate that the above-captioned case shall be voluntarily dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Marcus B. Schneider* | */s/ Stephen A. Antonelli* |
| Marcus B. Schneider | Stephen A. Antonelli |
| PA I.D. No. 208421 | PA I.D. No. 202133 |
| STEELE SCHNEIDER | Babst, Calland, Clements, |
| 428 Forbes Avenue, Suite 700 | and Zomnir, P.C. |
| Pittsburgh, PA 15219 | Two Gateway Center, 6th Floor |
| (412) 235-7682 | 603 Stanwix Street |
| (412) 235-7693/facsimile | Pittsburgh, PA 15222 |
| marcschneider@steeleschneider.com | (412) 394-5614 |
| | santontelli@babstcalland.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.  Parties may access this filing through the Court's ECF system.

*/s/ Marcus B. Schneider, Esquire*

Marcus B. Schneider, Esquire